IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01986-WYD-BNB

JAREN TORNQUIST,

    Plaintiff,

v.

ARS RECOVERY SERVICES, L.L.C., a Montana limited liability company,

    Defendant.

## ORDER

The parties have filed a Stipulation for Dismissal with Prejudice, December 27, 2007 (docket #12). After a careful review of the Stipulation and the file, the Court concludes that the case should be dismissed on its merits with prejudice. Accordingly, it is

ORDERED that this matter is **DISMISSED WITH PREJUDICE** and on the merits, each party to pay their own costs and attorney's fees.

    Dated: January 4, 2008

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge